NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIRROR WORLDS, LLC,**
*Plaintiff-Appellant,*

v.

**APPLE INC.,**
*Defendant-Appellee.*

---

2011-1392

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 08-CV-0088, Judge Leonard Davis.

---

---

**MIRROR WORLDS, LLC,**
*Plaintiff-Appellee,*

v.

**APPLE INC.,**
*Defendant-Appellant.*

---

2011-1393

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 08-CV-0088, Judge Leonard Davis.

---

## ON MOTION

---

## ORDER

Apple Inc. moves without opposition to withdraw its cross-appeal no. 2011-1393.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2011-1393 is granted. The appeal is dismissed.

(2) Each side shall bear its own costs in 2011-1393.

(3) The revised official caption for 2011-1392 is reflected above.

FOR THE COURT

**NOV 2 8 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David Boies, Esq.
    William F. Lee, Esq.

s21

Issued As A Mandate (As To 2011-1393 Only): **NOV 2 8 2011**

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**NOV 2 8 2011**

**JAN HORBALY**
**CLERK**